# IN THE SUPREME COURT OF THE STATE OF NEVADA

MICHAEL TODD BOTELHO,
     Appellant,
    vs.
BENEDETTI, WARDEN; AND THE
STATE OF NEVADA,
     Respondents.

No. 75527

**FILED**

MAY 11 2018

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY_____
DEPUTY CLERK

## *ORDER DISMISSING APPEAL*

This is a pro se appeal from a district court order denying a motion for immediate issuance of contempt of court. Second Judicial District Court, Washoe County; Jerome M. Polaha, Judge.

Because no statute or court rule permits an appeal from the aforementioned order, we lack jurisdiction. *Castillo v. State*, 106 Nev. 349, 352, 792 P.2d 1133, 1135 (1990). Accordingly, we

ORDER this appeal DISMISSED.

_____, J.
Cherry

_____, J.
Parraguirre

_____, J.
Stiglich

cc: Hon. Jerome M. Polaha, District Judge
  Michael Todd Botelho
  Attorney General/Carson City
  Washoe County District Attorney
  Washoe District Court Clerk

18-18007